# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3980

_____

| | | |
|---|---|---|
| Amilcar Nicolas Calderon-Lopez, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: September 22, 2010
Filed: September 30, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Amilcar Nicolas Calderon-Lopez petitions for review of an order of the Board of Immigration Appeals (BIA) denying his May 2009 motion to reconsider a prior decision. We conclude that the BIA acted within its discretion. See Kipkemboi v. Holder, 587 F.3d 885, 890–91 (8th Cir. 2009) (standard of review). Accordingly, we deny the petition for review.

_____